# EXHIBIT "A"

Oct. 16. 2017  6:45PM

BIZ015642014
No. 3029  P. 2

Paul Femia, Esq., L.L.C.
100 Jefferson Avenue
3rd fl., Suite 303
Elizabeth, New Jersey 07201
(908) 352-6901
Attorney for Plaintiff
Attorney ID No.: 021181986

| | |
|---|---|
| JORGE L. CABRERA-VELASQUEZ | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION: UNION COUNTY |
| Plaintiff, | : DOCKET NO.: UNN-L-3530-17 |
| vs. | : |
| GREGORY S. HALSTEAD, WERNER ENTERPRISES, INC., JOHN DOE 1-10 (a fictitious name representing unknown individuals) and ABC CORPORATIONS 1-10 (fictitious names representing unknown corporations) | : SUMMONS |
| Defendants, | : |

*Handwritten:* Halstead, Gregory
2015555871
10-9-15
LM
Attn MP

**THE STATE OF NEW JERSEY**, to the following Defendant:

**WERNER ENTERPRISES, INC.**

YOU ARE HEREBY SUMMONED in a Civil Action in the Superior Court of New Jersey, instituted by the above named Plaintiff(s), and required to serve upon the attorney(s) for the Plaintiff(s), whose name and office address appears above, an answer to the annexed complaint within 35 days after the service of the summons and complaint upon you, exclusive of the day of service. If you fail to answer, judgment by default may be rendered against you for the relief demanded in the complaint. You shall promptly file your answer and proof of service thereof in duplicate* with the Clerk of the Superior Court, Union County Courthouse, located at 2 Broad Street, New Jersey 07207 in accordance with the rules of civil practice and procedure.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: October 16, 2017

MICHELLE M. SMITH/s/
Clerk of the Superior Court

Name of defendant to be served: Werner Enterprises, Inc.
Address for Service: 14507 Frontier Road
Omaha, NE 68138

OCT 1 7 2017  SLW

*Handwritten:* Personal service was accepted at the front desk by WTaylor 10-17-17

PAUL FEMIA, ESQ., LLC.
100 JEFFERSON AVENUE
3rd FL., SUITE 303
ELIZABETH, NJ 07201
(908) 352-6901
Attorney for Plaintiff
Attorney ID No.: 021181986

| | |
|---|---|
| JORGE L. CABRERA-VELASQUEZ | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION: UNION COUNTY |
| Plaintiff, | : |
| vs. | : DOCKET NO.: UNN-L- |
| GREGORY S. HALSTEAD, WERNER ENTERPRISES, INC., JOHN DOE 1-10 (a fictitious name representing unknown individuals) and ABC CORPORATIONS 1-10 (fictitious names representing unknown corporations) | : <br>: <br>: <br>: **COMPLAINT AND**<br>: **JURY DEMAND** |
| Defendants, | : |

Plaintiff, JORGE L. CABRERA-VELASQUEZ, residing at 544 Livingston Street, 1st fl., in the City of Elizabeth, County of Union and State of New Jersey, by way of complaint against the defendant says:

### FIRST COUNT

1. On or about October 9, 2015 plaintiff, was a driver, who was traveling at or near the intersection of Magnolia Avenue and Division Street in the City of Elizabeth, County of Union and State of New Jersey.

2. At the aforesaid time and place, defendant, GREGORY S. HALSTEAD was the operator of a vehicle owned by defendant WERNER ENTERPRISES, INC. which was traveling at or near the intersection

of Magnolia Avenue and Division Street in the City of Elizabeth, County of Union and State of New Jersey.

3. At the aforesaid time and place, Defendants GREGORY S. HALSTEAD and WERNER ENTERPRISES, INC. operated and or otherwise allowed his/her/their motor vehicle to be operated in a careless, wreckless and negligent manner so as to cause same to collide with each other resulting in severe and permanent injuries to the plaintiff.

4. As a direct and proximate result of the aforesaid negligence, carelessness and recklessness of the Defendants GREGORY S. HALSTEAD and WERNER ENTERPRISES, INC., the plaintiff JORGE L. CABRERA-VELASQUEZ was violently tossed about the vehicle in which he was traveling, and was caused to suffer severe and permanent injuries to multiple parts of his body, did suffer and will in the future continue to suffer great pain and anguish; was caused to seek and will in the future be caused to seek medical and hospital treatment; was caused to expend or incur and will in the future be caused to expend or incur monies in an effort to treat his injuries; was caused to lose time from and will in the future be caused to lose time from his usual and customary activities, pursuits and occupation; was caused to suffer permanent injuries and was otherwise caused to suffer injuries and damages.

5. The injuries sustained by Plaintiff JORGE L. CABRERA-VELASQUEZ are not otherwise barred by the Automobile Insurance Cost Reduction Act (AICRA).

**WHEREFORE**, the plaintiff, JORGE L. CABRERA-VELASQUEZ, hereby

demands judgment against the Defendants, GREGORY S. HALSTEAD and WERNER ENTERPRISES, INC., for damages, together with interest and costs of suit.

## SECOND COUNT

1.  Plaintiff JORGE L. CABRERA-VELASQUEZ repeats each and every allegation of the First Count of this Complaint as if set forth herein at length.

2.  JOHN DOE 1-10 (a fictitious name representing unknown individuals) and ABC CORPORATIONS 1-10 (fictitious names representing unknown corporations) are names used for the purpose of this lawsuit to represent parties, drivers, operators and automobile owners, whose names or identities are not yet known and who may have either directly or indirectly contributed to the injuries sustained by the Plaintiff.

3.  At all times relevant hereto, the defendants, JOHN DOE 1-10 (a fictitious name representing unknown individuals) and ABC CORPORATIONS 1-10 (fictitious names representing unknown corporations) operated and/or otherwise allowed their respective motor vehicles to be operated in a negligent and reckless manner so as to cause the plaintiff JORGE L. CABRERA-VELASQUEZ to be violently tossed about the vehicle in which he was traveling. Due to the negligence and recklessness of the said defendants, the Plaintiff was caused to suffer severe and permanent injuries to multiple parts of his body, did suffer and will in the future continue to suffer great pain and anguish; was caused to seek and

will in the future be caused to seek medical and hospital treatment; was caused to expend or incur and will in the future be caused to expend or incur monies in an effort to treat his injuries; was caused to lose time from and will in the future be caused to lose time from his usual and customary activities, pursuits and occupation; was caused to suffer permanent injuries and was otherwise caused to suffer injuries and damages.

**WHEREFORE**, the Plaintiff JORGE L. CABRERA-VELASQUEZ demands judgment against the defendants, JOHN DOE 1-10 (a fictitious name representing unknown individuals) and ABC CORPORATIONS 1-10 (fictitious names representing unknown corporations) jointly, severally or in the alternative, for money damages together with interest and cost of suit on this count.

                                            PAUL FEMIA, ESQ.
                                            By: Paul Femia, Esq.

Dated: October 8, 2017

## JURY DEMAND

1. Plaintiff hereby demands a trial by Jury as to all issues herein.

PAUL FEMIA, ESQ., LLC.

By: Paul Femia, Esq.

Dated: October 8, 2017

## DESIGNATION OF TRIAL COUNSEL

Paul Femia, Esq. is hereby designated as Trial Attorney in the within matter.

PAUL FEMIA, ESQ., LLC.

By: Paul Femia, Esq.

Dated: October 8, 2017

## DEMAND FOR ANSWERS TO INTERROGATORIES

In accordance with Rule 4:17-1 it is hereby demanded that defendant GREGORY S. HALSTEAD and WERNER ENTERPRISES, INC. provide Answers to Form C and C(1) Interrogatories within the timelines provided by Court Rules.

PAUL FEMIA, ESQ., LLC.

By: Paul Femia, Esq.

Dated: October 8, 2017

Oct. 16. 2017  6:46PM                                                                 No. 3029   P. 9
UNN-L-003530-17   10/04/2017 10:40:48 AM  Pg 6 of 6 Trans ID: LCV2017282735

## CERTIFICATION

1. I am an Attorney at Law of the State of New Jersey, a partner with the law firm of **PAUL FEMIA, ESQ. L.L.C.**, attorneys for plaintiff(s) in the within action.

2. Pursuant to Rule 4:5-1, the matter in controversy is not the subject of any action pending in any other Court or of a pending arbitration proceeding.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

PAUL FEMIA, ESQ., LLC.

By: Paul Femia, Esq.

Dated: October 9, 2017

Oct. 16. 2017  6:46PM                                                     No. 3029   P. 10
UNN-L-003530-17   10/04/2017 10:40:48 AM  Pg 1 of 1  Trans ID: LCV2017282735

# Civil Case Information Statement

## Case Details: UNION | Civil Part Docket# L-003530-17

**Case Caption:** CABRERA-VELASQUEZ JORGE VS HALSTEAD GREGORY
**Case Initiation Date:** 10/04/2017
**Attorney Name:** PAUL FEMIA
**Firm Name:** PAUL FEMIA, ESQ, LLC
**Address:** 100 JEFFERSON AVENUE 3RD FLOOR SUITE 303
ELIZABETH NJ 072010000
**Phone:**
**Name of Party:** PLAINTIFF : Cabrera-Velasquez, Jorge, L
**Name of Defendant's Primary Insurance Company (if known):** Werner Enterprises

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (VERBAL THRESHOLD)
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Hurricane Sandy related?** NO
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:

Do you or your client need any disability accommodations? NO
   If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
   If yes, for what language:

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

10/04/2017                                                          /s/ PAUL FEMIA
Dated                                                                Signed