File No. 201847

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW JERSEY**

| | |
|---|---|
| JORGE L. CABRERA-VELASQUEZ<br>　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>GREGORY S. HALSTEAD, WERNER ENTERPRISES, INC., JOHN DOE 1-10 (a fictitious name representing unknown individuals) and ABC CORPORATIONS 1-10 (fictitious names representing unknown corporations)<br>　　　　　　　　　Defendants, | CIVIL ACTION NO.: 2:17-cv-8929 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that the above-entitled action, having been amicably adjusted by and between the parties, is hereby dismissed with prejudice and without costs against either party.

This court shall retain jurisdiction to enforce the terms and conditions of the settlement.

PAUL FEMIA, ESQ., LLC

By: _____
　　Paul Femia, Esquire
　　Attorney for Plaintiff
　　Jorge L. Cabrera-Velasquez

Date: 3/8/18

SALMON RICCHEZZA SINGER & TURCHI, LLP

By: _____
　　Jeffrey A. Segal, Esquire
　　Attorneys for Defendants
　　Gregory S. Halstead and Werner
　　Enterprises, Inc.

Date: 3-26-18

SO ORDERED:

_____
CLAIRE C. CECCHI, U.S.D.J.

{00315105.DOCX}