File No. 201847

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| JORGE L. CABRERA-VELASQUEZ<br>Plaintiff, | |
| -against- | CIVIL ACTION NO.: 2:17-cv-8929 |
| GREGORY S. HALSTEAD, WERNER ENTERPRISES, INC., JOHN DOE 1-10 (a fictitious name representing unknown individuals) and ABC CORPORATIONS 1-10 (fictitious names representing unknown corporations) | |
| Defendants, | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that the above-entitled action, having been amicably adjusted by and between the parties, is hereby dismissed with prejudice and without costs against either party.

This court shall retain jurisdiction to enforce the terms and conditions of the settlement.

PAUL FEMIA, ESQ., LLC

By: _____
Paul Femia, Esquire
Attorney for Plaintiff
Jorge L. Cabrera-Velasquez

Date: 3/6/18

SALMON RICCHEZZA SINGER & TURCHI, LLP

By: _____
Jeffrey A. Segal, Esquire
Attorneys for Defendants
Gregory S. Halstead and Werner Enterprises, Inc.

Date: 3-26-18

SO ORDERED:

_____
CLAIRE C. CECCHI, U.S.D.J.

{00315105.DOCX}